1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**

9

**EASTERN DISTRICT OF CALIFORNIA**

10

11

Wells Sweeping, LLC, a California
Limited Liability Company, and Jay
12 Wells, an individual,

Case No. 2:21-cv-00728-MCE-KJN

13

Plaintiffs,

*Assigned to Senior Judge Morrison
C. England, Jr.; Referred to
Magistrate Judge Kendall J.
Newman*

14

15 v.

Capital One, National Association, Aaron
16 Ashcraft, Roxy Ashcraft, and Does 1-20,
inclusive,
17

**ORDER GRANTING SECOND
STIPULATION TO EXTEND
TIME TO RESPOND TO FIRST
AMENDED COMPLAINT**

18

Defendants.

[*Second Stipulation filed
concurrently herewith*]

19

20

21

22

23

24

25

26

27

28

## ORDER

The Court has reviewed the Stipulation filed by Plaintiffs Wells Sweeping, LLC and Jay Wells and Defendant Capital One National Association ("Capital One") to extend Capital One's time to file a responsive pleading. The Stipulation is incorporated herein by reference. Good cause appearing thereon, the Court hereby rules as follows:

Capital One's time to file a responsive pleading to the First Amended Complaint is extended. Capital One shall file its responsive pleading to the Complaint on or before July 21, 2021.

IT IS SO ORDERED.

Dated: June 21, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE