Kevin P. Cleveland SBN 265902
Young, Cohen & Durrett, LLP
1321 Howe Avenue, Ste 100
Sacramento, California 95825
Telephone: (916) 569-1700
Facsimile: (916) 569-1707
Email: kcleveland@ycd-law.com

Attorneys for WELLS SWEEPING, LLC. and Jay Wells

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WELLS SWEEPING, LLC, a California Limited Liability Company, and Jay Wells, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>CAPITAL ONE, NATIONAL ASSOCIATION, AARON ASHCRAFT, ROXY ASHCRAFT, and Does 1 – 20, inclusive,<br><br>Defendants. | Case No.  2:21-cv-00728-MCE-KJN<br><br>*Assigned to Senior Judge Morrison C. England, Jr.; Referred to Magistrate Judge Kendall J. Newman*<br><br>**ORDER GRANTING PLAINTIFFS' *EX PARTE* APPLICATION FOR AN ORDER EXTENDING TIME TO COMPLETE SERVICE** |

**ORDER**

The Court, upon review of Plaintiffs' request and representations presented in the above-entitled matter hereby orders the following:

/ / /

/ / /

/ / /

/ / /

Plaintiffs are granted an additional thirty (30) days from today's date to effectuate service of the Summons and Complaint filed in this matter, or to file a motion for service by publication.

**IT IS SO ORDERED.**

**Dated:  July 21, 2021**

MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE