KEVIN P. CLEVELAND SBN 265902
YOUNG, COHEN & DURRETT, LLP
1321 Howe Avenue, Ste 100
Sacramento, California 95825
Telephone: (916) 569-1700
Facsimile: (916) 569-1707
Email: kcleveland@ycd-law.com

Attorneys for WELLS SWEEPING, LLC.
and Jay Wells

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WELLS SWEEPING, LLC, a California Limited Liability Company, and Jay Wells, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>CAPITAL ONE, NATIONAL ASSOCIATION, AARON ASHCRAFT, ROXY ASHCRAFT, and Does 1 – 20, inclusive,<br><br>Defendants. | Case No.  2:21-cv-00728-MCE-KJN<br><br>*Assigned to Senior Judge Morrison C. England, Jr.; Referred to Magistrate Judge Kendall J. Newman*<br><br>**ORDER GRANTING PLAINTIFFS' SECOND *EX PARTE* APPLICATION FOR AN ORDER EXTENDING TIME TO COMPLETE SERVICE** |

The Court, upon review of Plaintiffs' request and representations presented in the above-entitled matter hereby grants an additional thirty (30) days from today's date to effectuate service of the Summons and Complaint filed in this matter on Aaron Ashcraft and Roxy Ashcraft, or to file a motion for service by publication.

**IT IS SO ORDERED.**

**Dated:  August 25, 2021**

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE