KEVIN P. CLEVELAND (SBN 265902)
YOUNG, COHEN & DURRETT, LLP
1321 Howe Avenue, Ste 100
Sacramento, California 95825
Telephone: (916) 569-1700
Facsimile: (916) 569-1707
Email: kcleveland@ycd-law.com

Attorneys for WELLS SWEEPING, LLC.
and Jay Wells

DOLL AMIR & ELEY LLP
HUNTER R. ELEY (SBN 224321)
heley@dollamir.com
CONNIE Y. TCHENG (SBN 228171)
ctcheng@dollamir.com
725 S. Figueroa Street, Suite 3275
Los Angeles, California 90017
Telephone: (213) 542-3380
Fax: (213) 542-3381

Attorneys for Capital One Bank (USA), N.A., erroneously sued
as Capital One, National Association

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WELLS SWEEPING, LLC, a California Limited Liability Company, and Jay Wells, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>CAPITAL ONE, NATIONAL ASSOCIATION, AARON ASHCRAFT, ROXY ASHCRAFT, and Does 1 – 20, inclusive,<br><br>Defendants. | Case No.  2:21-cv-00728-MCE-KJN<br><br>*Assigned to Senior Judge Morrison C. England, Jr.; Referred to Magistrate Judge Kendall J. Newman*<br><br>**STIPULATION AND  ORDER TO EXTEND DISCOVERY DEADLINES** |

Plaintiff Wells Sweeping, LLC, Plaintiff Jay Wells, and Defendant Capital One Bank (USA), N.A, erroneously sued as Capital One, National Association, (hereinafter "Capital One" and jointly as "the participating parties") to the above-entitled action hereby enter this Stipulation and [Proposed] Order to Extend Discovery Deadlines. To the extent that any of the discovery

- 1 -
STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES

deadlines in the participating parties' Joint Status Report do not conform to the usual timeline under the Federal Rules of Civil Procedure, the Initial Pretrial Scheduling Order, or the Local Rules for the United States District Court, Eastern District of California, the parties hereby stipulate, by their respective attorneys of record, that such deadlines may be extended to match the deadlines in the participating parties' Joint Status Report.

Dated: December 23, 2021

/s/
Kevin P. Cleveland (SBN 265902)
YOUNG, COHEN & DURRETT, LLP
1321 Howe Avenue, Suite 100
Sacramento, CA 95825
Telephone: (916) 569-1700
Fax: (916) 569-1707
*Counsel for Plaintiffs Wells Sweeping, LLC and Jay Wells*

Dated: December 23, 2021

/s/
Connie Y. Tcheng (SBN 228171)
DOLL AMIR & ELEY LLP
725 S. Figueroa Street, Suite 3275
Los Angeles, California 90017
Telephone: (213) 542-3380
Fax: (213) 542-3381
*Counsel for Defendant Capital One*

**ORDER**

In accordance with the parties' foregoing stipulation, and good cause appearing, the Court orders as follows:

To the extent that the deadlines for discovery outlined in the participating parties' Joint Status Report (ECF No. 25) do not conform to the usual timeline under the Federal Rules of Civil Procedure, the Initial Pretrial Scheduling Order, or local rules, such deadlines are extended to those provided for in the participating parties' said Joint Status Report.

1     The parties are ordered to file a Joint Notice of Trial Readiness not later than thirty (30) days after receiving this Court's ruling on the last filed dispositive motion. The parties are to set forth in their Notice of Trial Readiness, the appropriateness of special procedures, whether this case is related to any other case(s) on file in the Eastern District of California, the prospect for settlement, their estimated trial length, any request for a jury, and their availability for trial. After review of the parties' Joint Notice of Trial Readiness, the Court will issue an order that sets forth new dates for a final pretrial conference and trial.

    IT IS SO ORDERED.

DATED: December 28, 2021

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE